# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 19-1429

AARON D. RAINNEY CHIDUBEM,

        Plaintiff - Appellant,

    v.

U. S. POSTAL SERVICE; MEGAN J. BRENNAN,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:18-cv-00517-MHL)

Submitted:  August 20, 2019             Decided:  August 22, 2019

Before FLOYD and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Aaron D. Rainney Chidubem, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron D. Rainney Chidubem appeals the district court's order dismissing without prejudice his suit against the Appellees pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chidubem v. U.S. Postal Serv.*, No. 3:18-cv-00517-MHL (E.D. Va. Mar. 18, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
